PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
Jeffery A. Garofalo
Nevada State Bar No. 7345
10000 W. Charleston Blvd., Suite 140
Las Vegas, NV 89135
Tel.: 702.216.2684
Email: jeff.garofalo@procopio.com

Sean M. Sullivan
(*Pro Hac Vice* Application forthcoming)
525 B Street, Suite 2200
San Diego, CA 92101
Tel.: 619.238.1900
Email: sean.sullivan@procopio.com

Attorneys for Plaintiff Baja Trademarks, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAJA TRADEMARKS, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HYPER BICYCLES, INC., a Massachusetts corporation, doing business as HYPER TOY COMPANY, also doing business as HYPER BIKE COMPANY; and TARGET CORPORATION, a Minnesota corporation,<br>　　　　　　Defendant. | Case No. _____<br><br>COMPLAINT FOR:<br>1. TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114;<br>2. FALSE DESIGNATION OF ORIGIN & UNFAIR COMPETITION, 15 U.S.C. § 1125(A);<br>3. TRADEMARK COUNTERFEITING, 15 U.S.C. § 1114(1) & § 1116(D);<br>4. FEDERAL TRADEMARK DILUTION – 15 U.S.C. § 1125(C)<br>5. NEVADA DECEPTIVE TRADE PRACTICES, NRS 598.0915 & 598.0923;<br>6. NEVADA COMMON LAW UNFAIR COMPETITION; AND<br>7. UNJUST ENRICHMENT |

1
COMPLAINT

1) Plaintiff Baja Trademarks, LLC ("Plaintiff" or "Baja") for its Complaint against Defendants Hyper Bicycles, Inc. ("Defendant" or "Hyper") and Target Corporation ("Target"), states and alleges as follows:

## I. INTRODUCTION

2) Baja owns numerous United States Trademark Registrations in connection the world-famous SCORE World Desert Championship series of races, which include races such as the SCORE San Felipe 250, SCORE Baja 500, SCORE Baja 400, and the historic SCORE Baja 1000, widely regarded as the crown jewel race in the entire sport. The SCORE Baja 500 and SCORE Baja 1000 recently celebrated their 50th anniversary running, and are known worldwide as the most famous desert off-road championship races.

3) Baja owns numerous United States Trademark Registrations for the mark "TROPHY TRUCK" which it uses in connection with the world-famous SCORE World Desert Championship races. SCORE Trophy Truck is the premiere class of unlimited custom race trucks.

4) Included amongst the family of TROPHY TRUCK marks Baja owns is a registration covering, among many other goods and services, "plastic model cars, trucks, dune buggies and off road vehicles" and "radio control cars, trucks, dune buggies and off-road vehicles" (the "TROPHY TRUCK Mark").

5) In the spring of 2025, Baja became aware that Hyper was selling radio control off-road vehicles under the mark "TROPHY TRUCK" through retailer Target both online and on Target's store shelves. Baja took immediate action to notify Hyper of its infringing conduct.

6) Yet for months—*despite repeated written notice*—Defendants have willfully used the TROPHY TRUCK Mark on and in connection with the nationwide sale of unauthorized TROPHY TRUCK-branded radio control toy trucks, including sales conducted throughout Nevada and online at Target.com.

7) Defendants continue to sell infringing units. Each infringing sale infringes and dilutes Baja's brand and causes irreparable harm to Baja.

8) Baja brings this action to protect its valuable trademark rights, prevent consumer confusion and dilution, and remedy the unlawful commercialization of Baja's registered TROPHY

TRUCK mark by Hyper and Target without authorization, license, or affiliation, and to recover Defendants' profits and Baja's damages, obtain statutory damages for willful counterfeiting, and secure attorneys' fees and injunctive relief.

## II. JURISDICTION AND VENUE

9) This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338 because Baja asserts claims arising under the Lanham Act, 15 U.S.C. §§ 1114, 1125. The Court has supplemental jurisdiction over state-law claims under 28 U.S.C. § 1367.

10) This Court has personal jurisdiction over Hyper and Target because each transacts business in Nevada, contracts to supply goods in Nevada, and has committed infringing acts in Nevada, including by directing sales of the Infringing Truck into Nevada through Target's online platform and physical stores.

11) Venue is proper in this District under 28 U.S.C. § 1391(b) & (c) because a substantial part of the events giving rise to the claims occurred here and Defendants are subject to personal jurisdiction here.

## III. THE PARTIES

12) Plaintiff Baja is a Nevada limited liability company with its principal place of business in Reno, Nevada. Baja owns all right, title, and interest in the TROPHY TRUCK Mark.

13) Baja is informed and believes and thereon alleges that Hyper Bicycles, Inc. is a Massachusetts corporation with its principal place of business at 70 Hart Street, West Babylon, New York 11704. Baja is informed and believes and thereon alleges that Hyper does business nationwide under the name "Hyper Toys," "Hyper Bicycles" and "Hyper Bike Company."

14) Baja is informed and believes and thereon alleges that Target Corporation is a Minnesota corporation with its principal place of business at 1000 Nicollet Mall, Minneapolis, Minnesota 55403. Target operates retail stores and an e-commerce platform through which the infringing goods are sold nationwide, including in this District.

15) Baja does not presently know the names of Does 1-10, who participated in or profited from the infringement. Baja will amend this complaint when their identities are ascertained.

## IV. FACTUAL BACKGROUND

16) Baja's predecessor, SCORE International ("SCORE"), a California corporation, previously owned, organized and operated the world famous SCORE International Baja off-road desert races in Baja California, Mexico ("Baja Races"), including the famed SCORE Baja 1000. The Baja Races are now put on by a successor of SCORE's, a Mexican corporation, and include a number of additional races, including the SCORE Baja 500, SCORE San Felipe 250, and SCORE Baja 400.

17) SCORE adopted and first used the TROPHY TRUCK Mark in interstate commerce as early as 1993. SCORE obtained a U.S. Trademark Ser. No. 74,414,130, for the TROPHY TRUCK Mark in 1995 for "entertainment in the nature of vehicle racing events featuring a special class of racing vehicles, in class 41 (U.S. CL. 107.)" ("the '130 Registration"). A true and correct copy of the '130 Registration is attached as **Exhibit A**.

18) As of January 7, 2014, Baja became the assignee of the '130 Registration, among other SCORE-related trademarks. Baja now owns the "SCORE" trademark and licenses its use to SCORE's successor entities and sponsors in connection with the Baja Races.

19) The TROPHY TRUCK Mark refers to popular class of vehicles that race the Baja Races.

20) As a result of extensive use, licensing and promotion of the TROPHY TRUCK Mark, it has acquired a favorable reputation to consumers as an identifier and symbol of Baja's licensed products, services, and goodwill. This includes widespread association with the famed Baja Races. Accordingly, the TROPHY TRUCK mark is strong and is entitled to broad protection.

21) Baja further alleges that the TROPHY TRUCK Mark is widely recognized among the consuming public as a designation of source in connection with off-road racing and related products. The mark has been extensively used for over thirty years in connection with the SCORE World Desert Championship races, and is featured prominently in licensed apparel, model toys (including radio-controlled vehicles), racing media, and event promotion.

22) The TROPHY TRUCK Mark and the broader SCORE family of marks are widely recognized by the general consuming public as designations of source. The SCORE Baja 1000, in particular, is one of the most famous and grueling off-road races in the world, covered regularly by

national and international media including ESPN, CBS Sports, MotorTrend, Jalopnik (a popular auto-enthusiast website) and Car and Driver.

23) Baja, through its SCORE brand and partners, has licensed the TROPHY TRUCK and SCORE family of marks to high-profile product partners such as Axial Racing (a Horizon Hobby brand), BFGoodrich Tires, 4 Wheel Parts, and many others. Baja's licensed marks appear on premium RC vehicles, apparel lines, digital media, and officially sanctioned race vehicles.

24) The SCORE brand and family of marks, including TROPHY TRUCK, maintain an active multimedia presence via https://score-international.com, social platforms, and television broadcast partnerships reaching millions of viewers globally. Video coverage of recent SCORE Baja 1000 races has generated millions of impressions on YouTube and digital streaming platforms.

25) The SCORE Baja 1000 is the subject of *Surviving Baja,* a "thrilling documentary series currently streaming on Tubi that takes viewers on a breathtaking journey through the unforgiving terrain of Baja California. For motorsport and off-road racing enthusiasts, this series is a must-watch as it captures the essence of one of the world's most challenging and iconic off-road races—the Baja 1000."

26) The Baja Races and the sport in general are chronical in the periodic *SCORE Journal*, "the Journal for Off-Road Motorsports and Performance Enthusiasts."

27) There is an online SCORE-brand gear store (https://score-internationalgear.com), where fans can purchase a variety of branded clothing and accessories bearing the SCORE brand and family of marks owned and licensed by Baja.

28) The longstanding, exclusive association between the TROPHY TRUCK name and Baja's off-road racing heritage, and the broader SCORE brand and family of marks, reinforces the mark's distinctiveness and renders the mark famous under the Lanham Act. This includes long-standing, continuous use, national and international media exposure, and widespread commercial recognition. Its use by Defendants on similar goods threatens to blur the mark's distinctiveness and tarnish its commercial image by falsely affiliating it with low-cost, unauthorized merchandise.

29) Baja owns the following registered U.S. trademarks in the TROPHY TRUCK Mark family:

- **Reg. No. 1,880,931** (Class 41) – vehicle racing entertainment services. A true and correct copy of this registration is attached as **Exhibit A.**

- **Reg. No. 6,403,870** (Classes 9, 12, 18) – motorsports software, protective gear, vehicle parts, bags. A true and correct copy of this registration is attached as **Exhibit C.**

- **Reg. No. 6,211,581** (Class 16) – printed matter and racing-themed publications. A true and correct copy of this registration is attached as **Exhibit D.**

- **Reg. No. 6,131,490** (Class 32) – beer. A true and correct copy of this registration is attached as **Exhibit E.**

- **Reg. No. 6,337,011** (Class 4) – fuels (methanol, diesel, gasoline). A true and correct copy of this registration is attached as **Exhibit F.**

- **Application Serial No. 98451488** (Class 33) – alcoholic beverages, except beer (Notice of Allowance issued Dec. 17, 2024). A true and correct copy of this application is attached as **Exhibit G.**

30) These registrations and pending application collectively confirm the strength, breadth, and protective efforts and use of Baja's rights in the TROPHY TRUCK Mark across a wide array of goods and services, further supporting its distinctiveness and consumer recognition and rights in the mark.

31) Baja applied for a new federal trademark registration in July 2014 for the TROPHY TRUCK Mark in additional classes, including International Class 028 covering "plastic model cars, trucks, dune buggies and off road vehicles" and "radio control cars, trucks, dune buggies and off-road vehicles, and toys."

32) Reg. No. 4,883,266 issued on January 5, 2016 ("the '266 Registration"). A true and correct copy of the '266 Registration is attached as **Exhibit B.**

33) On June 21, 2021, Baja filed a Combined Declaration of Use and Incontestability under Sections 8 & 15 with the United States Patent and Trademark Office (USPTO). The '266 Registration for the TROPHY TRUCK Mark became incontestable on October 2, 2021.

34) Included with its submission, was a specimen showing use of the TROPHY TRUCK Mark in connection with the sale of an "Axial Yeti SCORE Trophy Truck w/ 2.4 GHz Radio" radio controlled toy car. The truck in the picture is green and, as a premium hobby radio controlled vehicle, retailed for $449.99.

*Figure 1: Authorized SCORE Trophy Truck radio controlled toy truck.*



35) Despite the limitless other marks that Hyper could have chosen, it wrongfully appropriated a mark <u>identical</u> to Baja's TROPHY TRUCK Mark, without Baja's permission.

36) Baja is informed and believes and thereon alleges that Hyper began marketing a "Hyper RC Trophy Truck 1/14 Scale" remote-control toy truck no later than January 2025—and likely earlier—bearing the identical TROPHY TRUCK mark on product packaging, advertising, and online listings ("Infringing Truck").

37) In fact, Baja is informed and believes and based thereon alleges that Hyper's infringing sales of the Infringing Truck began in 2024, and perhaps even earlier. Baja is informed and believes and based thereon alleges that through Target's website and stores, in 2024, Hyper sold the Infringing Truck, a "RC Trophy Truck – 1:14 Scale" radio controlled toy truck for $29.99:

*Figure 2: Hyper's Infringing "Trophy Truck" available through Target in <u>2024</u>.*

38) Baja is informed and believes and thereon alleges that Target continues to list and promote the Infringing Truck on its website.

39) Baja is informed and believes and thereon alleges that the Infringing Truck has been available for purchase in Target's stores nationwide, including in Nevada, and shipped to Nevada customers via orders placed on Target.com, as well as nationwide.



*Figure 3: Hyper's Infringing "Trophy Truck" mark on a Target store shelf.*



*Figure 4: Hyper's Infringing "Trophy Truck" mark on a Target store shelf.*

*Figure 5: Hyper's label on its Infringing Truck on a Target store shelf, acknowledging "Distributed by: Hyper Toy Company" and claiming "© Copyright 2024. HyperToys."*

40) The packaging on Hyper's Infringing Truck acknowledges it is distributed by Hyper, aka Hyper Toy Company, at 177 Malaga Park Dr., Malaga, NJ 08328. That is Hyper's headquarters.

41) Baja is informed and believes and thereon alleges that Hyper chose a trademark identical to Baja's TROPHY TRUCK Mark, even though the most rudimentary trademark search would have revealed Baja's federal registrations for the identical mark for identical types of products or services. Baja is informed and believes and thereon alleges that Hyper did so intentionally with the goal of trading on the fame and notoriety associated with Baja's TROPHY TRUCK Mark, the Baja Races, and the famous SCORE brand.

42) Hyper has continued to use the confusingly similar and identical TROPHY TRUCK Mark even after Baja notified it of Baja's prior rights to the TROPHY TRUCK Mark.

43) On March 5, 2025, upon learning of Hyper's infringement, counsel for Baja sent Hyper a cease-and-desist letter demanding it cease use of the TROPHY TRUCK Mark, provide an accounting of sales, and recall its Infringing Truck.

44) Nearly three weeks later, Hyper's counsel acknowledged receipt of Baja's letter. Yet Hyper did not comply with Baja's requests.

45) After not receiving a further response for several weeks, counsel for Baja sent a follow up letter noting that Hyper appeared to be continuing its intentional infringement, explaining the consequences of such intentional conduct, and again highlighting the similarities between Baja's authorized products and Hyper's unauthorized Infringing Truck's use of the TROPHY TRUCK Mark.

46) Hyper's counsel finally responded on June 5th, stating that Hyper "changed its packaging" yet continued to conduct sales of "remaining sell-throughs" of its Infringing Truck inventory. Thus, rather than ceasing and desisting from its infringing conduct, Hyper decided to willfully continue its infringing conduct and sales of its Infringing Truck.

47) Thereafter, Hyper continued to sell its Infringing Trucks through Target's website that continued to use the TROPHY TRUCK Mark in its URL and on Target store shelves, including in this District and elsewhere. Hyper's counsel did not explain what amount of "sell through" inventory of the Infringing Truck remained, or how Hyper planned to account to Baja for the infringing sales to date or for the harm caused to Baja from Hyper's infringing actions.

48) Hyper's counsel tried to justify its infringing conduct based on a "gross profit margin [that] is significantly low," despite that not being a legal justification for Hyper's infringing conduct.

49) On June 20, Baja's counsel sent Hyper's counsel a letter in a final attempt to avoid litigation by seeking to have Hyper cease its infringing conduct and account for its infringement. Hyper refused to engage and never responded. Thus, Baja had to proceed with this lawsuit.

50) Baja is informed and believes and thereon alleges that despite it being on actual notice of Baja's rights, Hyper has engaged in knowing and intentional infringing sales of Infringing Truck units through Target, but refused to cease its conduct and continued selling Infringing Trucks through Target, in stores and online, and perhaps elsewhere, and continues to do so as of the time of this filing.

11
COMPLAINT

51) Baja is informed and believes and thereon alleges that as of this filing, Hyper's Infringing Trucks remain available for sale on Target store shelves and online despite its actual awareness of its infringement.



*Figure 6: Target's website (https://www.target.com/p/hyper-rc-trophy-truck-1-14-scale/-/A-89971134) as of August 14, 2025.*

52) Baja is informed and believes and thereon alleges that Hyper's and Target's continued use of Baja's famous, registered and incontestable TROPHY TRUCK mark is willful, intentional, and done with full knowledge of Baja's rights.

**COUNT I**

*(Trademark Infringement – 15 U.S.C. § 1114 Against All Defendants)*

53) Baja fully incorporates the above and below paragraphs by reference as if fully set forth herein.

54) Defendants' unauthorized use of the TROPHY TRUCK Mark in commerce in connection with toy vehicles, and more specifically radio controlled off-road trucks like those that

1  race in the Baja Races, is likely to cause confusion, mistake, or deception and falsely indicates to
2  consumers that Hyper's infringing products originate from, are approved by, are sponsored by, are
3  licensed by, or are affiliated with Baja or its licensees or are otherwise associated with the Baja
4  Races and Baja's other registered marks.

5      55) Defendants' unauthorized use of the TROPHY TRUCK Marks in the manner
6  described herein is likely to cause confusion, to cause mistake, or to deceive customers and potential
7  customers of the parties by suggesting some affiliation, connection, or association of Hyper with
8  Baja or its authorized licensees.

9      56) Defendants' conduct constitutes trademark infringement in violation of the Lanham
10 Act, 15 U.S.C. §1114(1).

11     57) Defendants' conduct constitutes willful infringement under 15 U.S.C. § 1114(1).

12     58) Baja has suffered, and will continue to suffer, irreparable harm for which there is no
13 adequate remedy at law.

14     59) Baja is entitled to recovery of damages according to proof at trial, including but
15 perhaps not limited to, disgorgement of Defendants' profits, actual damages sustained by the Baja,
16 and the costs associated with bringing this action, pursuant to 15 U.S.C. §§ 1114 & 1117.

17     60) Defendants continued to infringe Baja's rights, despite being put on notice of the
18 infringing conduct. Defendants' willful disregard of Baja's rights makes this an exceptional case,
19 and Baja is entitled to an award of attorney fees under 15 U.S.C. § 1117(a), and treble damages
20 under § 1117(b).

21     61) Baja is further entitled to an order directing that any infringing articles be seized and
22 turned over to Baja, pursuant to 15 U.S.C. § 1118, and injunctive relief pursuant to 15 U.S.C. § 1116.

**COUNT II**

*(False Designation of Origin & Unfair Competition – 15 U.S.C. § 1125(a) Against All Defendants)*

25     62) Baja fully incorporates the above and below paragraphs by reference as if fully set
26 forth herein.

27     63) Defendants' use of Baja's Mark falsely designates their Infringing Truck's origin and
28 constitutes unfair competition in violation of 15 U.S.C. § 1125(a).

## COUNT III

*(Trademark Counterfeiting – 15 U.S.C. § 1114 & § 1116(d) Against Hyper)*

64) Baja fully incorporates the above and below paragraphs by reference as if fully set forth herein.

65) Hyper's use of a mark identical to the TROPHY TRUCK Mark on identical goods constitutes counterfeiting. Hyper acted willfully and knowingly.

66) Hyper's unauthorized use of the Baja-owned TROPHY TRUCK Mark amounts to use of a counterfeit mark, as defined in 15 U.S.C. § 1116(d). Baja seeks statutory damages under 15 U.S.C. § 1117(c) in the alternative to actual damages and profits.

## COUNT IV

*(Federal Trademark Dilution – 15 U.S.C. § 1125(c) Against All Defendants)*

67) Baja fully incorporates the above and below paragraphs by reference as if fully set forth herein.

68) The TROPHY TRUCK Mark is famous under the Lanham Act. It is widely recognized by the general consuming public as a designation of source, in connection with Baja's racing events, licensed merchandise, and affiliated media.

69) Defendants' use of an identical mark in commerce, on similar goods and through similar marketing channels, is likely to cause dilution by blurring the distinctiveness of the TROPHY TRUCK Mark and to tarnish its reputation.

70) Defendants' conduct is willful and in bad faith.

71) Baja is entitled to injunctive relief and, because the conduct is willful, to damages, costs, and attorneys' fees pursuant to 15 U.S.C. § 1125(c)(5).

## COUNT V

*(Nevada Deceptive Trade Practices – NRS 598.0915 & 598.0923 Against All Defendants)*

72) Baja fully incorporates the above and below paragraphs by reference as if fully set forth herein.

73) Defendants' knowing passing off infringing goods as those of Baja and disparage Baja's goods through confusion, violates Nevada's Deceptive Trade Practices Act.

## COUNT VI

*(Common Law Unfair Competition – Against All Defendants)*

74) Baja fully incorporates the above and below paragraphs by reference as if fully set forth herein.

75) Defendants' acts as described herein constitute unfair competition under Nevada common law.

## COUNT VII

*(Unjust Enrichment – Against All Defendants)*

76) Baja fully incorporates the above and below paragraphs by reference as if fully set forth herein.

77) Defendants have unjustly profited at Baja's expense and equity requires disgorgement and restitution to Baja.

## COUNT VIII

*(Declaratory Judgment under 28 U.S.C. § 2201)*

78) Baja fully incorporates the above and below paragraphs by reference as if fully set forth herein.

79) Baja seeks a declaration that Defendants' use of TROPHY TRUCK infringes its exclusive rights and that Defendants have no lawful right to use the TROPHY TRUCK mark.

## **PRAYER FOR RELIEF**

WHEREFORE, Baja respectfully prays for judgment:

    A.    Preliminarily and permanently enjoining Defendants from using the TROPHY TRUCK Mark;

    B.    Ordering Defendants to deliver up for destruction all infringing goods and marketing materials;

    C.    Awarding Baja Defendants' profits, Baja's damages, and any additional statutory damages, including up to $2 million per counterfeit mark per type of good sold under 15 U.S.C. § 1117(c), in the alternative to actual damages;

    D.    Trebling the damages for willful infringement under 15 U.S.C. § 1117(b);

1        E.     Awarding Baja its reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a) and NRS 598.0977;

       F.     Granting prejudgment and post-judgment interest;

       G.     Enjoining Defendants from engaging in any conduct likely to dilute the distinctive quality of the TROPHY TRUCK Mark under 15 U.S.C. § 1125(c);

       H.     Awarding Baja damages, attorneys' fees, and costs under 15 U.S.C. § 1125(c) as appropriate for willful dilution;

       I.     Ordering an accounting of all gross and net revenues and profits realized from sales of the Infringing Truck; and

       J.     Granting such further relief as the Court deems just and proper.

**DEMAND FOR TRIAL BY JURY**

Pursuant to Federal Rules of Civil Procedure 38, Baja demands a jury trial on all issues so triable.

DATED: August 14, 2025            PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By:    */s/Jeffery A. Garofalo*
        Jeffery A. Garofalo (Bar No. 7345)
        Sean M. Sullivan (*Pro Hac Vice* Application forthcoming)*

        Attorneys for Plaintiff
        Baja Trademarks, LLC

* Mr. Sullivan will comply with LR IA 11-2 within 14 days.