# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BAJA TRADEMARKS, LLC, a Nevada limited liability company

Case # 2:25-cv-01506

Plaintiff(s),

vs.

HYPER BICYCLES, INC., a Massachusetts corporation, doing business as HYPER TOY COMPANY, also doing business as HYPER BIKE COMPANY; and TARGET CORPORATION, a Minnesota corporation

Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Sean M. Sullivan, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Procopio, Cory, Hargreaves & Savitch LLP
(firm name)

with offices at 525 B Street, Suite 2200
(street address)

San Diego, California, 92101
(city) (state) (zip code)

(619) 238-1900, sean.sullivan@procopio.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Baja Trademarks, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16



3. That since December 7, 2007 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of California
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Washington | 08/16/2017 | 52385 |
| USDC - Southern District of California | 12/12/2007 | 254372 |
| USDC - Central District of California | 05/29/2008 | 254372 |
| USDC - Northern District of California | 12/02/2008 | 254372 |
| USDC - Eastern District of Texas | 01/07/2015 | CA #254372 |
| 9th Circuit Court of Appeals | 09/10/2012 | 254372 |
| USDC - Western District of Washington | 05/11/2018 | 52385 |
| USDC - Eastern District of Washington | 02/25/2023 | 52385 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
State Bar of California
San Diego County Bar Association
Washington State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature
Sean M. Sullivan

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO )

Sean M. Sullivan, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Jeffery A. Garofalo, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

10000 West Charleston, Suite 140
(street address)

Las Vegas , CA , 89135
(city)        (state)    (zip code)

702-216-2685 , jeff.garofalo@procopio.com
(area code + telephone number)  (Email address)

4

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 27 day of August, 2025,
by
(1) SEAN MICHAEL SULLIVAN
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

BRISSIA Y. BEZADA
Notary Public - California
San Diego County
Commission # 2481430
My Comm. Expires Feb 10, 2028

Seal
Place Notary Seal Above

———————————— OPTIONAL ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Jeffery A. Garofalo as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Roger W. Norman, Manager
Baja Trademarks, LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7345                           jeff@procopio.com
Bar number                     Email address

APPROVED:

Dated: this __4__ day of _Sept_, 2025.
_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 8/6/2025

**LICENSEE NAME:** Sean Michael Sullivan

**LICENSEE BAR NUMBER:** 254372

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/7/2007

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Sean Michael Sullivan's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 52385 |
| OF | ) | **CERTIFICATE** |
| SEAN MICHAEL SULLIVAN | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**SEAN MICHAEL SULLIVAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on August 16, 2017, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 6th day of August, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN DIEGO    )

On August 27 2025, before me, BRISSIA Y. BEZADA, Notary Public, personally appeared SEAN MICHAEL SULLIVAN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

BRISSIA Y. BEZADA
Notary Public · California
San Diego County
Commission # 2481430
My Comm. Expires Feb 10, 2028

(Seal)