# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Baja Trademarks, LLC,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>Hyper Bicycles, Inc., et al.,<br><br>　　　Defendant(s). | Case No. 2:25-cv-01506-GMN-NJK<br><br>**Order**<br><br>[Docket No. 10] |

Pending before the Court is a stipulation to extend the deadline for Defendants to respond to the complaint. Docket No. 10.

As an initial matter, the Court admonishes counsel that they must review their filings moving forward to ensure accuracy and compliance with the local rules. As to the substance of the request, it rests on a bald assertion that defense counsel is in trial. *See id.* at 2. Such reasoning does not show that the current deadline could not be met through the reasonable exercise of diligence, particularly given that counsel has already had 60 days to formulate a response to the complaint. *See* Docket Nos. 8, 9. As a one-time courtesy, however, the Court will allow an extension of seven days.

Accordingly, the stipulation to extend is **GRANTED**. Defendants must respond to the complaint by November 10, 2025. **No further extensions of this deadline will be granted**.

IT IS SO ORDERED.

Dated: November 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge