UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAJA TRADEMARKS, LLC, a Nevada limited liability company, | Case No. 2:25-cv-01506-GMN-NJK |
| Plaintiff, | ORDER GRANTING NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATED MOTION TO STAY ALL REMAINING DEADLINES |
| v. | |
| HYPER BICYCLES, INC., a Massachusetts corporation, doing business as HYPER TOY COMPANY, also doing business as HYPER BIKE COMPANY; and TARGET CORPORATION, a Minnesota corporation, | |
| Defendants. | |

The Court, having reviewed the parties' Notice of Settlement in Principle and Stipulated Motion to Stay All Remaining Deadlines, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that all remaining deadlines in this action, including the dispositive-motion deadline and any deadlines that run from it, are STAYED for sixty (60) days from the date of entry of this Order.

IT IS FURTHER ORDERED that, no later than sixty (60) days from the date of entry of this Order, the parties shall file either: (a) the fully executed consent judgment and any related dismissal or notice contemplated by the parties' settlement; or (b) a joint status report advising the

Court of the status of consummation of the settlement and requesting such further relief as may be appropriate.

IT IS SO ORDERED.

DATED: _____July 8_____, 2026

_____
Hon. Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

122019-00000008/10937766.1
ORDER GRANTING STIPULATION / MOTION RE STAY          CASE NO. 2:25-CV-01506-GMN-NJK