PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
Jeffery A. Garofalo
Nevada State Bar No. 7345
10000 W. Charleston Blvd., Suite 140
Las Vegas, NV 89135
Telephone: 702.216.2684
E-mail: jeff.garofalo@procopio.com

Sean M. Sullivan
*(Admitted Pro Hac Vice)*
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
E-mail: sean.sullivan@procopio.com

Attorneys for Plaintiff
BAJA TRADEMARKS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAJA TRADEMARKS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HYPER BICYCLES, INC., a Massachusetts corporation, doing business as HYPER TOY COMPANY, also doing business as HYPER BIKE COMPANY; and TARGET CORPORATION, a Minnesota corporation,<br><br>Defendants. | Case No. 2:25-cv-01506-GMN-NJK<br><br>JOINT STIPULATION AND ORDER FOR ENTRY OF CONSENT JUDGMENT |

Plaintiff Baja Trademarks, LLC ("Baja"), and Defendants Hyper Bicycles, Inc. ("Hyper") and Target Corporation ("Target") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and jointly request that the Court enter the Consent Judgment submitted concurrently herewith.

1. The Parties have reached a full settlement resolving this Action and have executed a written settlement agreement memorializing their resolution.

2. As a material term of that resolution, the Parties agreed to the entry of the Consent Judgment submitted concurrently herewith.

3. The Parties have approved the Consent Judgment and, through their undersigned counsel, jointly request that the Court enter it in the form submitted.

4. The Consent Judgment provides, among other things, for permanent injunctive relief and for the Court's continuing jurisdiction to enforce its terms.

5. Consistent with the Parties' settlement, the Consent Judgment further provides that, following entry of the Consent Judgment and Baja's receipt of the settlement payment required by the Parties' separate settlement agreement, Baja will file a notice confirming receipt of the settlement payment, whereupon this Action and all claims asserted herein will be dismissed with prejudice.

Accordingly, the Parties respectfully request that the Court approve this Stipulation and enter the Consent Judgment submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: September 9, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/Sean M. Sullivan*
Jeffery A. Garofalo
Sean M. Sullivan
Attorneys for Plaintiff Baja Trademarks, LLC

DATED: September 9, 2026

BLUT LAW GROUP, PC

By: */s/Elliot S. Blut*
Elliot S. Blut, Esq.
Attorneys for Defendants
Hyper Bicycles, Inc. and Target Corporation

**ORDER**

**IT IS HEREBY ORDERED** that the Joint Stipulation, (ECF No. 26), is **GRANTED.**

The Court previously entered the Consent Judgment, (ECF No. 27). The filing schedule established by the Consent Judgment remains in place.

IT IS SO ORDERED:

DATED this 18 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT